# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                      No. 4:16CR00072-03 JLH

DARRYL DAYON MADDEN                                                                    DEFENDANT

## ORDER

The September 1, 2016 Order referring defendant Darryl Dayon Madden's motion to modify pretrial release to United States Magistrate Judge Joe J. Volpe is hereby WITHDRAWN. A hearing on the motion to modify will be set by separate Order before the undersigned. Document #74.

IT IS SO ORDERED this 6th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE