**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                              No. 4:16CR00072 JLH

DARRYL DAYON MADDEN
and JOBIE LORENZO KIRK                                    DEFENDANTS

**ORDER**

Defendants Darryl Dayon Madden and Jobie Lorenzo Kirk were named in a superseding indictment filed on July 6, 2016. Arrest warrants were issued for each defendant and both were subsequently arrested on or about July 22, 2016, in the Western District of Oklahoma.

On July 26, 2016, simultaneous detention hearings were held before United States Magistrate Judge Shon T. Erwin in the Western District of Oklahoma. Judge Erwin found that both defendants should be detained at that time. This Court previously requested a written transcript of the detention hearing held in the Western District of Oklahoma.

The Clerk is directed to file the transcript of the detention hearing held on July 26, 2016, in the Western District of Oklahoma as to defendants Madden and Kirk.

IT IS SO ORDERED this 13th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE