**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                NO. 4:16CR00072 JLH

TONY EUGENE GABRIEL a/k/a Gabe,
SIEE RAMON RUSSELL a/k/a E-Dog,
DARRYL DAYON MADDEN a/k/a Disco,
JOBIE LORENZO KIRK,
and LENORA DENISE GRANT a/k/a Neecie                     DEFENDANTS

**<u>ORDER</u>**

       Darryl Dayon Madden has filed a motion to modify pretrial release and Jobie Lorenzo Kirk has filed a motion for review of the detention order. Both defendants were detained following an evidentiary hearing before a United States Magistrate Judge in the Western District of Oklahoma. The Court has reviewed the transcript of that hearing and exhibits provided by counsel for Darryl Dayon Madden. The only witness for the government in the hearing in the Western District of Oklahoma was an FBI agent who was unfamiliar with the investigation. At the conclusion of the hearing, the magistrate judge held that the case did not qualify for rebuttable presumption under 18 U.S.C. § 3142(e)(2). The magistrate judge also concluded, based on the fact that the FBI agent who testified was not the case agent and had little information about the case, that the evidence against Madden and Kirk was weak. Nevertheless, based primarily on a pretrial services report prepared by the probation office for the Western District of Oklahoma, the magistrate judge concluded that Madden should be detained because he presented a serious risk of non-appearance and that Kirk should be detained because he was a danger to the community and presented a serious risk of non-appearance. This Court does not have access to the pretrial services report that the

magistrate judge in Oklahoma reviewed, nor is the transcript entirely clear regarding the criminal history of these two defendants.

The United States, in response to the two motions filed by Madden and Kirk, has said that if a hearing is conducted in this district, the case agent will testify regarding the weight of the evidence against these two defendants. Since this Court must decide the detention issues *de novo*, testimony from the case agent would be material to this Court's decision. Furthermore, in deciding the detention issues *de novo*, the undersigned needs to review the pretrial services report prepared by the probation office in this district. Therefore, a hearing will be conducted on the motions filed by Madden and Kirk. If any party wishes to present additional evidence, that evidence may be presented at the hearing. A notice of the date and time of the hearing will be entered separately.

IT IS FURTHER SO ORDERED this 22nd day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE