# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                            NO. 4:16CR00072-03 JLH

DARRYL DAYON MADDEN                                              DEFENDANT

## ORDER

      Darryl Dayon Madden has filed another motion for pretrial release. Document #126. In that motion, he recites numerous facts regarding his present health condition. He says, among other things, that his condition has worsened, that he is barely able to walk, that he is unable to dress himself, and that he needs assistance to remove his clothes in order to urinate or defecate. The Court directs the United States to file a response on or before January 11, 2017, after investigating to determine whether the facts alleged in Madden's current motion are accurate. If those facts are accurate, the United States should, if it continues to oppose Madden's motion, explain why those facts do not justify pretrial release. If those facts are not accurate, the United States should provide evidence with its response or request an evidentiary hearing at which the facts can be determined.

      IT IS SO ORDERED this 29th day of December, 2016.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE